## IN THE MATTER OF
## CHARLES VACCARO, DECEASED.

Argued December 2, 1974—Decided December 10, 1974.

*Miss Prudence H. Bisbee,* Deputy Attorney General argued the cause for appellant (*Mr. William F. Hyland,* Attorney

General of New Jersey, attorney; *Mr. Stephen Skillman,* Assistant Attorney General of counsel).

*Mr. George T. Dougherty* argued the cause for respondent. *(Katz, Bitterman and Dougherty,* attorneys).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed by the Appellate Division, 131 *N. J. Super.* 264.

*For affirmance*—Chief Justice HUGHES, Justices JACOBS, MOUNTAIN, SULLIVAN, PASHMAN and CLIFFORD and Judge COLLESTER—7.

*For reversal*—None.